**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6667**

———————

MARSTON EDWARD BLUE,

                    Defendant - Appellant,

          v.

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:94-cr-00454-PJM-6; 8:05-cv-02000-PJM)

———————

Submitted:  August 25, 2011          Decided:  August 30, 2011

———————

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Marston Edward Blue, Appellant Pro Se.  Stuart A. Berman, Chan
Park, Assistant United States Attorneys, Greenbelt, Maryland;
Sandra Wilkinson, Assistant United States Attorney, Baltimore,
Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marston Edward Blue appeals the district court's order denying his application for a certificate of appealability. A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484-85 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED